Gamierro v The Lutheran Church Mo. Synod (2025 NY Slip Op 05368)

Gamierro v The Lutheran Church Mo. Synod

2025 NY Slip Op 05368

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

649 CA 23-02023

[*1]BARBARA J. GAMIERRO, PLAINTIFF-APPELLANT,
v
THE LUTHERAN CHURCH MISSOURI SYNOD, DEFENDANT-RESPONDENT, THE LUTHERAN CHURCH-MISSOURI SYNOD EASTERN DISTRICT, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

PHILLIPS & PAOLICELLI, LLP, NEW YORK CITY (VICTORIA PHILLIPS OF COUNSEL), AND CONWAY & CONWAY, CHICAGO, ILLINOIS (MEGAN FAHEY MONTY, ADMITTED PRO HAC VICE, OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
WALSH, ROBERTS & GRACE LLP, BUFFALO (MARK P. DELLA POSTA OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered October 27, 2023. The order granted the motion of defendant The Lutheran Church Missouri Synod for summary judgment dismissing the complaint and cross-claims against it. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 15, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court